| | |
|---|---|
| <u>DEFENDANT:</u> | JAMES MONTOYA |
| <u>AGE/YOB:</u> | 54 / 1970 |
| <u>COMPLAINT FILED?</u> | _____ Yes   \_\_\_X\_\_\_ No |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | \_\_\_\_ Yes   \_\_X\_\_ No |
| <u>OFFENSE(S):</u> | <u>Counts 1 - 8</u>: 18 U.S.C. § 1343 – Wire Fraud |
| <u>LOCATION OF OFFENSE:</u> | Jefferson County, Colorado |
| <u>PENALTY:</u> | <u>Counts 1 - 8</u>: NMT 20 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment |
| <u>AGENT:</u> | Special Agent Laura Hast, U.S. Department of the Interior, Office of Inspector General |
| <u>AUTHORIZED BY:</u> | Sonia J. Dave<br>Special Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_X\_\_\_ five days or less; \_\_\_ over five days

<u>THE GOVERNMENT:</u>

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and/or (f)(2).

\_\_\_X\_\_\_ will not seek detention.

The statutory presumption of detention is not applicable to this defendant.