IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   24-cr-248-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES MONTOYA,

    Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

### COUNTS 1-8
### Wire Fraud, 18 U.S.C. § 1343

At all times relevant to this Indictment:

    1.    The United States Geological Survey ("USGS") was a part of the United States Department of the Interior ("DOI"). The USGS maintained an office in Lakewood, Colorado. Its mission was to monitor, analyze and predict current and evolving Earth-system interactions and to deliver actionable information at scales and timeframes relevant to decision makers.

    2.    Defendant JAMES MONTOYA ("MONTOYA") worked as a federal employee for the USGS at the office located in Lakewood, Colorado. MONTOYA's position with the USGS was that of an Information Technology ("IT") Specialist and his duties involved planning and executing assignments in a variety of systems

administration areas including interpreting IT policies and delivering IT services.

**The Scheme**

3.       Beginning in or around at least December of 2008, and continuing through at least in or around November of 2023, in the State and District of Colorado and elsewhere, defendant MONTOYA devised, intended to devise, and participated in a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises from the USGS (herein referred to as "the scheme"), by submitting false invoices and receipts to the USGS to conceal the fact that he was using his government credit cards for personal purchases.

**Manner and Means of the Scheme**

It was part of the scheme that:

4.       MONTOYA used his government issued credit card to defraud the government of approximately $1,123,009.47 over an approximately fifteen-year period. In his position as an IT Specialist for USGS, Montoya was issued a government credit card which he was authorized to use for limited purposes when conducting USGS business.

5.       MONTOYA created three fictious vendors using the online payment service company PayPal. These PayPal vendors included Chiphead Solutions, Amazon Resale and Oracle Outlet. He registered and opened these PayPal accounts in his own name, and he owned and controlled these three PayPal accounts.

6.       MONTOYA directed unauthorized payments from his government credit card into his three PayPal accounts, Chiphead Solutions, Amazon Resale and Oracle

Outlet. He submitted altered and fictious receipts, invoices, and other documentation to USGS in support of the unauthorized purchases purporting that they were for IT related items or services. MONTOYA did not disclose to USGS his involvement and control over these three PayPal vendors.

7.      MONTOYA later transferred funds from the unauthorized payments into his linked bank accounts that were in his name that he controlled. In total, MONTOYA directed approximately $1,002,381.46 to his three PayPal accounts: Chiphead Solutions, Amazon Resale and Oracle Outlet.

8.      Also as part of the scheme, MONTOYA made multiple unauthorized purchases of goods and services, for personal use, in the approximate amount of $120,628.01, from legitimate vendors using his government credit card. Many of these purchases were processed by PayPal. These purchases included, but were not limited to, vintage and collectible toys as well as car parts. To conceal the true nature of his purchases, MONTOYA submitted altered and fictious receipts, invoices, and other documentation to USGS in support of the unauthorized purchases purporting that they were for IT related items or services.

**Execution of the Scheme**

9.      On or about the dates set forth below, in the State and District of Colorado, and elsewhere, defendant MONTOYA caused to be transmitted by means of wire communication in interstate commerce certain writings, signs, signals, pictures, and sounds, as set forth below:

| Count | Date | Description of Wire Communication |
|---|---|---|
| 1 | 6/2/2022 | Montoya used his government charge card to issue a payment to PayPal account Chiphead Solutions, a PayPal account he owned and controlled, for $9,600.00 by wire in interstate commerce from Colorado to a PayPal server located outside of Colorado. |
| 2 | 5/10/2022 | Montoya used his government charge card to issue a payment to PayPal account Oracle Outlet, a PayPal account he owned and controlled, for $9,960.00 by wire in interstate commerce from Colorado to a PayPal server located outside of Colorado. |
| 3 | 2/18/2022 | Montoya used his government charge card to issue a payment to PayPal account Amazon Resale, a PayPal account he owned and controlled, for $8,076.00 by wire in interstate commerce from Colorado to a PayPal server located outside of Colorado. |
| 4 | 2/17/2022 | Montoya used his government charge card to issue a payment to PayPal account Oracle Outlet, a PayPal account he owned and controlled, for $9,776.00 by wire in interstate commerce from Colorado to a PayPal server located outside of Colorado. |
| 5 | 2/16/2022 | Montoya used his government charge card to issue a payment to PayPal account Chiphead Solutions, a PayPal account he owned and controlled, for $9,405.00 by wire in interstate commerce from Colorado to a PayPal server located outside of Colorado. |
| 6 | 1/11/2022 | Montoya used his government charge card to make a personal purchase from Whiskey Creek Trading Company, processed by PayPal, for $1,980.00 for a Poly Dock Box by wire in interstate commerce from Colorado to a PayPal server located outside of Colorado and submitted fraudulent documentation that this purchase was from a vendor called IT Server Supply for Oracle/SUN Microsystems 164GB. |

| 7 | 11/9/2021 | Montoya used his government charge card to issue a payment to PayPal account Amazon Resale, a PayPal account he owned and controlled, for $9,596.00 by wire in interstate commerce from Colorado to a PayPal server located outside of Colorado. |
|---|---|---|
| 8 | 10/8/2021 | Montoya used his government charge card to make a personal purchase from LC Engineering Inc., processed by PayPal, for a 22R/RE Stage 3 Pro Stroker Long Block Engine for $8,039.22 by wire in interstate commerce from Colorado to a PayPal server located outside of Colorado, and submitted fraudulent documentation that this purchase was from a vendor called LC Engineering Group for IT Technical Services. |

All in violation of Title 18, United States Code, Section 1343.

## **Forfeiture Allegation**

10.     The allegations contained in Counts 1 through 8 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

11.     Upon conviction of the violations alleged in Counts 1 through 8 of this Indictment involving the commission of violations of 18 U.S.C. § 1343, defendant JAMES MONTOYA, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds the defendant obtained directly and indirectly as a result of such offense.

12.     If any of the property described above, as a result of any act or omission of the defendants:

        a)     cannot be located upon the exercise of due diligence;

   b)  has been transferred or sold to, or deposited with, a third party;

   c)  has been placed beyond the jurisdiction of the Court;

   d)  has been substantially diminished in value; or

   e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

          A TRUE BILL

          <u>Ink signature on file in Clerk's Office</u>
          FOREPERSON

MATTHEW T. KIRSCH
Acting United States Attorney

By: <u>*s/ Sonia J. Dave*</u>
Sonia J. Dave
Special Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: sonia.dave@usdoj.gov
Attorney for the United States